**DISMISS; and Opinion Filed September 13, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00227-CV**

**STEWART HUNTER, Appellant**
**V.**
**THOMAS GUERCIO AND SHELDON ROBINSON, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02165-2012**

# MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Fillmore

Before the Court is the parties' agreed motion to dismiss appeal based on settlement. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

180227F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

STEWART HUNTER, Appellant

No. 05-18-00227-CV     V.

THOMAS GUERCIO AND SHELDON
ROBINSON, Appellees

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-02165-2012.
Opinion delivered by Justice Fillmore,
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As per the parties' agreement, we **ORDER** each party bear its own costs of this appeal.

Judgment entered this 13th day of September, 2018.